IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-02-0078 LKK |
| ) Plaintiff, ) | |
| ) | ORDER RELEASING PROPERTY |
| v. ) | |
| ) | |
| PAUL PETRONI, ) | |
| ) Defendant. ) | |
| _____ ) | |

For the reasons stated in Defendant PAUL PETRONI's ex parte motion for an order releasing his property, filed on August 17, 2005, IT IS HEREBY ORDERED that the Sacramento County Sheriff's office, or their designated representative, release the following property to a representative of the Office of the Federal Defender for return to Mr. Petroni, pursuant to his request:

> All property of Paul Petroni, former x-ref #3835068, including his wallet and contents, keys, and duffel bag containing miscellaneous clothing.

The property is currently housed at the Department of Justice warehouse, under Case No. 02-10019-01 I.

Dated:  August 17, 2005            /s/Lawrence K. Karlton
                                   HONORABLE LAWRENCE K. KARLTON
                                   Senior, United States District Judge